**Order filed, May 4, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-22-00293-CV

### GARY SHEPHERD, LINDA SHEPHERD, AND ALL OTHER OCCUPANTS, Appellant

### V.

### MWS ACQUISITIONS, LLC, Appellee

**On Appeal from the County Court**
**Llano County, Texas**
**Trial Court Case 03015**

## ORDER

The reporter's record in this case was due March 31, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gly Poage, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM